# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| OSMAN KALOKO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:20-cv-01243(RDA/MSN) |
| | ) |
| WELLS FARGO BANK, N.A., | ) |
| | ) |
| Defendants, | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on August 24, 2021 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants WELLS FARGO BANK, N.A., and against OSMAN KALOKO.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
L. Bergamine, Deputy Clerk

Dated: August 24, 2021
Alexandria, Virginia